# Court of Appeals
# of the State of Georgia

ATLANTA, August 22, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0034.  RALPH BENNING v. TYRONE OLIVER, COMMISSIONER OF GEORGIA DEPARTMENT OF CORRECTIONS.

On August 21, 2026, Applicant Ralph H. Benning requests an extension of time in which to file an application for discretionary review of an order entered on July 3, 2025. As Benning admits, his application is untimely. See OCGA § 5-6-35 (d); Court of Appeals Rule 31 (a). Pursuant to Court of Appeals Rule 31 (h), "[n]o extensions of time will be granted to file a discretionary application unless a motion for extension is filed on or before the application due date." According to the Court of Appeals Rule 16 (c), this request for an extension of time is untimely and is therefore DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 08/22/2025

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*